UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DESHAWN SCOTT, | Case No. EDCV 09-1384-PA (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SMALL, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _June 30, 2011

_____
Percy Anderson
United States District Judge